UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STEPHANIE SIMMONS,            )
       Plaintiff,             )
                               )  **JUDGMENT IN A CIVIL CASE**
   v.                       )  **CASE NO. 5:12-CV-154-BO**
                               )
MICHAEL J. ASTRUE,            )
Commissioner of Social Security, )
       Defendant.             )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay to plaintiff, the sum of $2,556.43 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on February 11, 2013, and Copies To:**

Crystal G. Rouse (via CM/ECF Notice of Electronic Filing)
Amanda B. Gilman (via CM/ECF Notice of Electronic Filing)
Marc D. Epstein (via CM/ECF Notice of Electronic Filing)

DATE                               JULIE A. RICHARDS, CLERK
February 11, 2013               /s/ Susan K. Edwards
                                      (By) Susan K. Edwards, Deputy Clerk